IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN WATERLOO DIVISION

| | |
|---|---|
| DEVIN GRAINGER, on Behalf of Himself and Others Similarly Situated, | CASE NO. 22-cv-2043-KEM |
| Plaintiff, | PLAINTIFFS' RULE 23 MOTION FOR CLASS CERTIFICATION |
| vs. | |
| PRECISION OF NEW HAMPTON, INC., | |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 23 and Local Rule 7, Plaintiff moves the Court to grant class certification on all Plaintiff's claims and in support of the Motion states:

1. Plaintiff contemporaneously is filing a brief containing a statement of the grounds for class certification and citations to authorities upon which Plaintiff relies.

2. Counsel for Plaintiff has conferred with counsel for Defendant and made a good-faith effort to obtain Defendant's consent to the Motion.

/s/ Nathan Willems
NATHAN WILLEMS, AT0009260
RUSH & NICHOLSON, P.L.C.
115 First Avenue SE, Suite 201
P. O. Box 637
Cedar Rapids, IA 52406-0637
Telephone (319) 363-5209
Facsimile (319) 363-6664
nate@rushnicholson.com
ATTORNEY FOR PLAINTIFFS

Copy to:

Kevin J. Visser
Nicholas Petersen
kvisser@spmblaw.com
npetersen@spmblaw.com

CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a copy of this document was served upon counsel of record for each party to the action on November 30, 2022, by:

    _X_ Electronically via EDMS for EDMS registrants
    ___ U.S. Mail                             ___ Fax
    ___ Hand Delivered               ___ Overnight Courier
    ___ Certified Mail                 ___ Other _____

                                                               /s/ Linda J. Dean