# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
## EASTERN DIVISION

| | |
|---|---|
| DEVIN GRAINGER, on behalf of himself and others similarly situated,<br>          Plaintiff,<br>vs.<br>PRECISION OF NEW HAMPTON, INC.,<br>          Defendant. | **HEARING MINUTES**   Sealed: No<br>Case No.: 22-CV-2043-LTS-KEM<br>Presiding Judge: Kelly K.E. Mahoney<br>Deputy Clerk: Jami Gollhofer<br>Official Court Record: FTR Gold   Contract? No<br>Contact Information: ------ |

| Date: | 12/07/2022 | Start: | 2:30 PM | Adjourn: | 2:38 PM | Courtroom: | Library | | |
|---|---|---|---|---|---|---|---|---|---|
| Recesses: | N/A | | | Time in Chambers: | N/A | | | Telephonic? | Yes |
| Appearances: | | Plaintiff(s): | Nathan Willems, Rush & Nicholson PLC | | | | | | |
| | | Defendant(s): | Nicholas Petersen, Simmons Perrine Moyer Bergman PLC | | | | | | |
| | | U.S. Probation: | N/A | | | | | | |
| | | Interpreter: | N/A | | | Language: | N/A | Certified: N | Phone: N |
| **TYPE OF PROCEEDING:** | | **SCHEDULING CONFERENCE** | | Contested? | No | Continued from a previous date? | | | No |

| | | |
|---|---|---|
| | Motion(s): N/A | Ruling: N/A |
| | Matters discussed: | |
| | Rule 16(b) and 26(f) conference; dates proposed by the parties adopted by the Court, as amended to add Resistance and Reply deadline to motion to certify class (Doc. 12). No future status conferences will be scheduled at this time. Scheduling Order and Trial Management Order to follow; Eastern Division case, and the jury trial estimated at 7 days to take place in Cedar Rapids, Iowa. The court reviewed the standard procedures and expectations for civil cases in the Northern District of Iowa (regarding civility, following local and civil rules (there must remain 150 days between dispositive motion deadline and trial date), and court's availability for informal status conferences). If Court action is requested on a particular issue, a motion is required versus informal status conference. | |
| | Witness/Exhibit List is | N/A |
| | The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing. Pub. Admin. Order 09-AO-03-P (5/29/09) ¶7. | |
| | Miscellaneous: | N/A |